## (April 20, 1983)

■ In the Matter of CARDELL DAVIS, Petitioner, v NEW YORK STATE BOARD OF PAROLE, Respondent. — Motion for leave to appeal, treated as an application pursuant to CPLR 5704 (subd [a]), denied (see *Matter of King v Gregorie,* 90 AD2d 922). Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. RACE, Appellant. — Motion for continuance of stay of proceedings and for other relief pending appeal from an order denying defendant's motion for an order directing that a misdemeanor charge be prosecuted by indictment. Motion denied and appeal dismissed, *sua sponte,* on the ground that the order is not appealable (see *People v Brownstein,* 11 AD2d 3). Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.